UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                          Plaintiffs,

                         v.

JUMPSPORT, INC.,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:20-cv-7571

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, JUMPSPORT, INC., with prejudice and without fees and costs.

Dated: New York, New York
          January 11, 2021

                          **GOTTLIEB & ASSOCIATES**

                          */s/Jeffrey M. Gottlieb, Esq.*

                          Jeffrey M. Gottlieb, Esq., (JG-7905)
                          150 East 18th Street, Suite PHR
                          New York, NY 10003
                          Phone: (212) 228-9795
                          Fax: (212) 982-6284
                          Jeffrey@Gottlieb.legal

                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge